1  Rona P. Layton (SBN: 121238)
   SIMS & LAYTON
2  84 W. Santa Clara St., #660
   San Jose, CA 95113
3  (408) 998-3400

4  Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAUL RIVERAMENTE, | CASE NO. 06-CV-07784 JW |
| Plaintiff, | STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON |
| v. | |
| BAY FIBERGLASS & PRECAST MANUFACTURING, SERAFIN LOPEZ, and DOES ONE through TWENTY, | |
| Defendants. | |

Plaintiff Raul Riveramente, through his attorney of record, James Dal Bon, and Defendants Bay Fiberglass and Pre-Cast Manufacturing and Serafin Lopez, through their attorney of record, Rona P. Layton, hereby stipulate to the following revised Case Schedule. This schedule is necessary due to the fact that the original complaint was amended, and so Defendants' Answer was only due and filed recently.

<u>Proposed schedule</u>

| | |
|---|---|
| Monday, May 21, 2007 at 10:00 a.m.: | Initial Case Management Conference |
| Monday, May 14, 2007: | Last day to complete initial disclosures or object, and file CMC statement |
| Monday, April 30, 2007: | Last day to meet and confer, file ADR Certification, |

Stipulation Re: Case Schedule  06-CV-07784-JW 1

1            and file Stipulation or Notice Re: ADR

2     The filer of this Stipulation, Rona P. Layton, hereby attests that she has on file the holograph

3 signature indicated by the "conformed" signature within this efiled document.

4                             SIMS & LAYTON

5 Dated: _____   By: _____
6                                   RONA P. LAYTON, Attorneys for
                                  Defendants BAY FIBERGLASS &
7                                   PRECAST MANUFACTURING, and
                                  SERAFIN LOPEZ

8
                                  DAL BON & WANG
9
Dated: _____   By:   /s/ James Dal Bon_____
10                                   JAMES DAL BON, Attorneys for
                                  Plaintiff Raul Riveramente

11

12                                   ORDER

13     Good cause appearing, pursuant to the Stipulation of the parties, the Court approves the Case

14 Management Schedule outlined above.

15 Dated: _____4/4/2007_____   By: _____
16                                  HON. JAMES WARE
                                 UNITED STATES DISTRICT COURT
17                                  JUDGE

18

19

20

21

22

23

24

25

26

27

28

Stipulation Re: Case Schedule  06-CV-07784-JW2