**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Raul Riveramente, | NO. C 06-07784 JW |
|     Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Bay Fiberglass & Precast Manufacturing, et al., | |
|     Defendants. | |

In light of the parties' consent to proceed before a United States Magistrate Judge, the Case Management Conference currently scheduled for **May 21, 2007 at 10:00 AM** is VACATED, pending reassignment.

Dated:  May 17, 2007

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Dal Bon jdblaw@earthlink.net
Rona Page Layton rlayton@simsandlayton.com

| | |
|---|---|
| **Dated: May 17, 2007** | **Richard W. Wieking, Clerk** |
| | **By: /s/JW Chambers** |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |

United States District Court
For the Northern District of California