```
 1  JAMES DAL BON 157942
    DAL BON & WANG
 2  12 SOUTH FIRST STREET, SUITE 613
    SAN JOSE, CA 95113
 3  TEL: (408) 292-1040
    FAX: (408) 292-1045
 4
    ATTORNEYS FOR PLAINTIFF
 5  RAUL RIVERAMENTE
```

FILED
NOV 26 2007
CLE...
NORTH...

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| RAUL RIVERAMENTE<br><br>Plaintiff,<br><br>vs.<br><br>BAY FIBERGLASS & PRECAST MANUFACTURING, SERAFIN LOPEZ DOES 1-10<br><br>Defendants | Case No. C06-07784<br><br>DISMISSAL |

Pursuant to Fed. R. Civ. Pro. 41(a)(2), Plaintiff respectfully requests:

1. Parties have fully resolved their disputes and entered into a Settlement Agreement and Release in July 28, 2007.

2. Each party is to bear its own costs and fees.

3. Parties hereby stipulate to dismiss entire action with prejudice.

November 26, 2007

_____s/jdb_____
James Dal Bon for the Plaintiffs

_____s/rpl_____
Rona Layton for Defendants

**IT IS SO ORDERED**

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
U.S. MAGISTRATE JUDGE

DATE: 11/26/07