UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAUL RIVERAMENTE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BAY FIBERGLASS & PRECAST ) <br> MANUFACTURING et al. ) <br> ) <br> Defendants. ) | Case No.: C 06-7784 PVT <br><br> ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED ***WITHOUT PREJUDICE*** |

On November 30, 2007 this court issued an "Order Vacating Stipulation and Order of Dismissal" in which the court set a deadline of December 14, 2007 for the parties to file either a statement supporting the fairness of the settlement or else a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1). As of the date of this order, the parties have failed to file either document. Therefore,

IT IS HEREBY ORDERED that no later than January 22, 2008, either party may file a declaration showing cause why this case should not be dismissed ***without prejudice.***

The Fair Labor Standards Act ("FLSA" or "Act") requires employers to pay their employees time and one-half for work exceeding forty hours per week. *See* 29 U.S.C. § 207(a)(1). An employee's claims under the FLSA are non-waivable, and thus may not be

settled without supervision of either the Secretary of Labor or a district court. *See Yue Zhou v. Wang's Restaurant*, 2007 WL 172308 at * 1 (N.D.Cal. Jan 17, 2007); *see also, Lynn's Food Stores, Inc. v. United States*, et al., 679 F. 2d 1350, 1352-53 (11th Cir. 1982); and House Report No. 101-664.[1]

Because the parties have not made any showing of fairness, dismissing the case with prejudice would amount to allowing the employee to waive his claims without the supervision of either the Secretary of Labor or the court. However, dismissal is warranted where a Plaintiff fails to prosecute his case. *See* Federal Rules of Civil Procedure 41(b). Based on the file herein, it thus appears dismissal of Plaintiff's claims *without prejudice* is warranted.

IT IS FURTHER ORDERED that this order is without prejudice to the parties filing a stipulated dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1) on or before January 22, 2008.

Dated: *1/7/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] "House Report No. 101-664" refers to House Report No. 101-664, P.l. 101-433, Older Workers Benefit Protection Act, H.R. Rep. 101-664, H.R. Rep. No. 664, 101st Cong., 2nd Sess. 1990, 1990 WL 200383 (1990). This report reflects congress' continued intent that FLSA claims may not be waived or compromised without supervision of either the Secretary of Labor or a district court.